# **<u>EXHIBIT 1</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> Wynne Transportation Holdings, LLC, <br><br>     Debtor. | Chapter 11 <br><br> Case No. 25-10027 (KBO) <br><br> Tax ID Number: 83-3240566 |
| In re: <br><br> Wynne Transportation, LLC, <br><br>     Debtor. | Chapter 11 <br><br> Case No. 25-10028 (KBO) <br><br> Tax ID Number: 83-3098255 |
| In re: <br><br> Coastal Crew Change Company, LLC, <br><br>     Debtor. | Chapter 11 <br><br> Case No. 25-10029 (KBO) <br><br> Tax ID Number: 84-2529550 |
| In re: <br><br> WTH Commercial Services, LLC, <br><br>     Debtor. | Chapter 11 <br><br> Case No. 25-10030 (KBO) <br><br> Tax ID Number: 87-1339379 |
| In re: <br><br> Southwest Crew Change Company, LLC, <br><br>     Debtor. | Chapter 11 <br><br> Case No. 25-10031 (KBO) <br><br> Tax ID Number: 88-0548777 |
| In re: <br><br> Great Plains Crew Change Company, LLC, <br><br>     Debtor. | Chapter 11 <br><br> Case No. 25-10032 (KBO) <br><br> Tax ID Number: 99-1565926 |

| | |
|---|---|
| In re:<br><br>Allegheny Crew Change Company, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10033 (KBO)<br><br>Tax ID Number: 99-3369234 |

**ORDER GRANTING MOTION OF THE DEBTORS FOR ENTRY OF
AN ORDER DIRECTING CHAPTER 11 CASES AND (II) GRANTING
CERTAIN RELATED RELIEF**

Upon the *Motion of the Debtors for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases* (the "Motion")[1] and upon the First Day Declaration; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and this Court may enter an order consistent with Article III of the United States Constitution; and it appearing that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates; and sufficient cause appearing therefor; **IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. The Debtors' Chapter 11 Cases shall be (a) jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 and (b) consolidated for procedural purposes only.

---

[1] All capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

{1468.001-W0079294.}

2

3. The Clerk of the Court shall maintain one (1) file and one (1) docket for all of the Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of debtor Wynne Transportation Holdings, LLC, Case No. 25-10027 (KBO).

4. The pleadings filed in the Debtors' Chapter 11 Cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WYNNE TRANSPORTATION HOLDINGS, LLC, *et al.*,[1] | Case No. 25-10027 (KBO) |
| | (Jointly Administered) |
| Debtors. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Wynne Transportation Holdings, LLC (0566), Wynne Transportation, LLC (8255), Coastal Crew Change Company, LLC (9550), WTH Commercial Services, LLC (9379), Southwest Crew Change Company, LLC (8777), Great Plains Crew Change Company, LLC (5926), and Allegheny Crew Change Company, LLC (9234). The Debtors' address is 14110 N. Dallas Parkway, Suite 240, Dallas, Texas 75254.

5. The Clerk of the Court shall make a separate docket entry on each of the dockets of each Debtor other than Wynne Transportation Holdings, LLC, substantially similar to the following to reflect the joint administration of the Chapter 11 Cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Wynne Transportation Holdings, LLC and its affiliated debtors. The docket in the chapter 11 case of Wynne Transportation Holdings, LLC Case No. 25-10027 (KBO) should be consulted for all matters affecting this case.

6. Nothing in this Order shall cause a substantive consolidation of the Debtors' estates.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2025
     Wilmington, Delaware

                                           THE HONORABLE KAREN B. OWENS
                                           UNITED STATES BANKRUPTCY JUDGE